```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION


JOEL DOUGLAS ALEXANDER                                  PLAINTIFF

VS.                         CIVIL ACTION NO. 5:02-cv-665(DCB)(JMR)

MANHEIM SERVICES CORPORATION;
MANHEIM'S PENNSYLVANIA AUCTION
SERVICES, INC.; MANHEIM AUCTIONS,
INC.; JAMES GRAB and MIKE BRYANT                       DEFENDANTS
```

                                ORDER

This cause is before the Court on defendant Mike Bryant's Motion to Strike Joel Alexander's Designation of Portions of Depositions to be Used at Trial **(docket entry 173)**, and Motion for Extension of Time **(docket entry 174)**.  Having carefully considered the motions, and being otherwise fully advised in the premises, the Court finds as follows:

On August 6, 2007, the plaintiff filed his Designation of Portions of Depositions to be Used at Trial (docket entry 172). Said Designation is simply a list of page and line numbers of various depositions, and is not in compliance with the Court's requirements as set forth in the pretrial conference notice of June 14, 2007.  Bryant's motion to strike is therefore well taken.

Bryant also requests additional time to submit his own marked copy of the deposition of James Cooper.  Said deposition was taken August 1, 2007, and the official transcript was received on August 6, 2007.  Bryant requests until August 9, 2007, to file the marked copy of the deposition transcript.  The motion is well taken.  The

Court shall allow the parties additional time, until August 10, 2007, to file marked copies of all deposition transcripts. Accordingly,

IT IS HEREBY ORDERED that defendant Mike Bryant's Motion to Strike Joel Alexander's Designation of Portions of Depositions to be Used at Trial **(docket entry 173)** is GRANTED;

FURTHER ORDERED that defendant Mike Bryant's Motion for Extension of Time **(docket entry 174)** is GRANTED.  The parties shall have until August 10, 2007, to file marked copies of all deposition transcripts.

SO ORDERED, this the  8th  day of August, 2007.

                                              s/David Bramlette
                                       UNITED STATES DISTRICT JUDGE