```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                         WESTERN DIVISION


JOEL DOUGLAS ALEXANDER                                  PLAINTIFF

VS.                            CIVIL ACTION NO. 5:02-cv-665(DCB)(JMR)

MANHEIM SERVICES CORPORATION;
MANHEIM'S PENNSYLVANIA AUCTION
SERVICES, INC.; MANHEIM AUCTIONS,
INC.; JAMES GRAB and MIKE BRYANT                        DEFENDANTS
```

ORDER

This cause is before the Court on defendant Bryant's motion to bifurcate trial **(docket entry 152),** and on the Manheim defendants' motion to bifurcate trial as to punitive damages **(docket entry 153).** Having carefully considered the motions, the Court finds as follows:

Both motions seek to bifurcate the trial of this case, separating the issues of liability and damages from that of punitive damages. Inasmuch as neither motion is opposed by the plaintiff, the motions shall be granted. Accordingly,

IT IS HEREBY ORDERED that defendant Bryant's motion to bifurcate trial **(docket entry 152),** and the Manheim defendants' motion to bifurcate trial as to punitive damages **(docket entry 153)** are GRANTED.

SO ORDERED, this the   22nd   day of August, 2007.


                                    s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE