```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION


JOEL DOUGLAS ALEXANDER                                  PLAINTIFF

VS.                            CIVIL ACTION NO. 5:02-cv-665(DCB)(JMR)

MANHEIM SERVICES CORPORATION;
MANHEIM'S PENNSYLVANIA AUCTION
SERVICES, INC.; MANHEIM AUCTIONS,
INC.; JAMES GRAB and MIKE BRYANT                       DEFENDANTS
```

## ORDER

This cause is before the Court on the plaintiff's motion to quash subpoena **(docket entry 167)**. Having carefully considered the motion and response, the Court finds as follows:

The plaintiff seeks to quash a subpoena duces tecum served by defendant Bryant on Mary Evelyn Brown, Ph.D. In response, defendant Bryant concedes the motion and withdraws the subpoena inasmuch as it required production of documents prior to trial, and will issue a revised subpoena requiring production at trial. Accordingly,

IT IS HEREBY ORDERED that the plaintiff's motion to quash subpoena **(docket entry 167)** is GRANTED.

SO ORDERED, this the  22nd  day of August, 2007.


                                    s/ David Bramlette
                                UNITED STATES DISTRICT JUDGE