```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

JOEL DOUGLAS ALEXANDER                                    PLAINTIFF

VS.                         CIVIL ACTION NO. 5:02-cv-665(DCB)(JMR)

MANHEIM SERVICES CORPORATION;
MANHEIM'S PENNSYLVANIA AUCTION
SERVICES, INC.; MANHEIM AUCTIONS,
INC.; JAMES GRAB and MIKE BRYANT                         DEFENDANTS

                     FINAL ORDER OF DISMISSAL

   This cause having come before the Court for trial by jury on August 28, 2007, and at the close of the plaintiff's case, the defendant having moved for a Judgment of Dismissal pursuant to Rule 50 of the Federal Rules of Civil Procedure and after oral argument, the plaintiff having confessed the motion and the defendant having announced that the counterclaims of the defendants were being withdrawn;

   IT IS HEREBY ORDERED that this case is dismissed with prejudice as to all claims and counterclaims, each party to bear its own costs.

   SO ORDERED, this the   11th   day of September, 2007.


                                    s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE